# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMIRO J. CAMACHO, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72314

FILED

JUN 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a "motion for return of property which this court has ordered treated as a civil complaint." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-19174

cc: Hon. Carolyn Ellsworth, District Judge
Ramiro J. Camacho, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk